Christopher LANGDON, Plaintiff—
Appellant,

v.

Ed GARNER, Jr.; State of North Carolina; Roy Cooper; T.L. Malonee; Phillip Jackson; Bernadine Ballance; North Carolina Industrial Commission, Defendants—Appellees.

No. 03–1649.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 29, 2003.

Decided Feb. 10, 2004.

Christopher Langdon, Appellant pro se. Adrian Phillips, North Carolina Department of Justice, Robert Orr Crawford, III, Lisa Carol Glover, North Carolina Department of Transportation, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Langdon appeals from the district court's order imposing a prefiling

prisonment authorized under subsection (e)(3)" effective April 30, 2003. PROTECT

Act, Pub. L. No. 108–21, § 101(2), 117 Stat. 650, 651.

injunction. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Langdon v. Garner*, Nos. CA–01–746–5–BO, CA–01–816–5–BO, CA–01–906–5–BO (E.D.N.C. Apr. 17, 2003). We grant Langdon's motion to amend his informal brief, deny his motion for stay pending appeal, deny Langdon's motions for an extension to file a response, for appointment of counsel and oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*